IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO MENDEZ CATO,

    Petitioner,                        No. CIV S-08-1289 FCD KJM P

    vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY,

    Respondent.                    ORDER

/

        Petitioner, an individual detained by the Department of Homeland Security, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender. Petitioner's counsel is directed to contact the Clerk's Office to make arrangements for copies of the documents in the file.

/////

1

1     3. The Clerk of the Court is directed to serve a copy of this order and a copy of
2 petitioner's application for a writ of habeas corpus upon the United States Attorney for the
3 Eastern District of California.
4     4. Respondent shall serve and file certified copies of petitioner's INS A-file
5 within a reasonable time but no later than thirty days after this order is served.
6     5. Within thirty days after the filing of petitioner's INS A-file, the parties shall
7 propose a briefing schedule by lodged stipulation and order.
8     6. A status conference will be set upon written request by any party.
9 DATED: October 22, 2008.

                                      U.S. MAGISTRATE JUDGE

1
cato1289.200

2