DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
RODOLFO MENDEZ CATO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MENDEZ CATO,<br><br>    Petitioner,<br><br>    v.<br><br>SECRETARY OF U.S. DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>    Respondent. | No. CIV S-08-1289 FCD KJM P<br><br>ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that JENNIFER M. SHEETZ shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: December 18, 2008.

_____
U.S. MAGISTRATE JUDGE